# Court of Appeals
# of the State of Georgia

ATLANTA, August 14, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0028.  DARRIN PRESSLEY v. THE STATE.**

In 2012, a jury found Darrin Pressley guilty of criminal trespass, armed robbery, and two counts of aggravated assault, and the trial court imposed a total sentence of twelve years in prison, to be followed by eight years on probation.  We affirmed his judgment of conviction in 2015.  *Pressley v. State*, 331 Ga. App. 175, (770 SE2d 266) (2015).  In October 2018, Pressley filed a motion to vacate a void judgment, in which he raised several challenges to the validity of his convictions. The trial court denied the motion (which the court identified as a "Motion to Set Aside Order and Final Judgment"), and Pressley filed a direct appeal to the Supreme Court, which transferred the matter to this Court.  We lack jurisdiction.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case."  *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).  Any appeal from an order denying or dismissing such a petition or motion must be dismissed.  See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper*, 286 Ga. at 218 (2).  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/14/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



*Stephen E. Castlen*
, *Clerk.*